# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Stephen Franklin Wood,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:17-cv-00022-RLV |
| | ) | 5:13-cr-00053-RLV-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 3, 2017 Order.

February 3, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court